**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-6404**

---

MORRIS BARBOUR,

Plaintiff - Appellant,

versus

HELLEN RAY; DOCTOR SHUDELL; DOCTOR SMITH;
DOCTOR FORD; CAPTAIN PEELE; R. C. LEE, Warden,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. W. Earl Britt, Senior District Judge. (CA-01-79-5-BR)

---

Submitted:  May 22, 2001          Decided:  June 12, 2001

---

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Morris Barbour, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Morris Barbour appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint under 28 U.S.C.A. § 1915(e)(2)(B) (West Supp. 2000).  We have reviewed the record and the district court's opinion and find that this appeal fails to state a claim on which relief may be granted.  Accordingly, we dismiss the appeal on the reasoning of the district court.  See Barbour v. Ray, No. CA-01-79-5-BR (E.D.N.C. Feb. 7, 2001).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2